[No. 41865-7-II.  Division Two.  December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL STEVEN THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 10-1-00676-1, Roger A. Bennett, J., entered March 2, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.

[No. 42153-4-II.  Division Two.  December 4, 2012.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD THOMAS KING, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01633-7, Paula Casey and Gary R. Tabor, JJ., entered May 5, 2011. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.

[Nos. 42169-1-II; 42569-6-II.  Division Two.  December 4, 2012.]

*In the Matter of the Committed Relationship of* JANE VAN ALLEN, *Respondent,* and VERNON WEBER, *Appellant.*

Appeals from a judgment of the Superior Court for Pierce County, No. 09-2-07358-4, Ronald E. Culpepper, J., entered May 5, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Hunt, J., and Bridgewater, J. Pro Tem.